# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Walker, Susan R. | 2. Court or Organization<br><br>Middle District of Alabama | 3. Date of Report<br><br>08/18/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

One Church Street
Room 501-B
Montgomery, Alabama

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Eckerd College, St. Petersburg, FL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/18/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**☑** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U. S. Dept. of Education | Student Loan (Child) | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions (Tax Account) | A | Interest | K | T | | | | | |
| 2. Balch & Bingham (interest in partnership) | C | Dividend | K | T | | | | | |
| 3. APCO Credit Union | A | Interest | J | T | | | | | |
| 4. Regions Savings Account | A | Interest | J | T | | | | | |
| 5. Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 6. Intel Common Stock | A | Dividend | J | T | | | | | |
| 7. Walmart Common Stock | A | Dividend | J | T | | | | | |
| 8. Berkshire Hathaway Class B Common Stock | | None | J | T | | | | | |
| 9. TD Waterhouse Bank (Cash) | A | Interest | K | T | | | | | |
| 10. Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 11. China Mobile Ltd Sp Adr | A | Dividend | J | T | | | | | |
| 12. Abbott Laboratories | A | Dividend | K | T | | | | | |
| 13. Abbvie, Inc. | A | Dividend | K | T | | | | | |
| 14. Accenture Ltd Cl A | A | Dividend | K | T | | | | | |
| 15. Apple Computer, Inc. | A | Dividend | K | T | | | | | |
| 16. China Mobile Ltd Sp Adr | A | Dividend | K | T | | | | | |
| 17. Coca Cola Co. | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Exelon Corp | A | Dividend | K | T | | | | | |
| 19.  Exxon Mobil Corporation, Inc. | A | Dividend | K | T | | | | | |
| 20.  Hertz Global Holdings, Inc. | | None | | | Sold | 09/03/14 | J | B | |
| 21.  Intel Corp | A | Dividend | K | T | | | | | |
| 22.  Johnson & Johnson Com | B | Dividend | K | T | | | | | |
| 23.  McDonalds Corp | A | Dividend | K | T | | | | | |
| 24.  Microsoft Corp | A | Dividend | K | T | | | | | |
| 25.  Molson Coors Brewing Co Cl B | B | Dividend | K | T | Sold (part) | 09/03/14 | J | B | |
| 26.  Molson Coors Brewing Co Cl B | B | Dividend | K | T | Sold (part) | 09/22/14 | J | B | |
| 27.  Novartis A G Spon Adrf | B | Dividend | K | T | | | | | |
| 28.  Novo-Nordisk A/S Adr | A | Dividend | K | T | Buy (add'l) | 04/02/14 | J | | |
| 29.  Oracle Corporation | A | Dividend | K | T | | | | | |
| 30.  Peabody Energy Corp | A | Dividend | | | Sold | 09/03/14 | J | A | |
| 31.  Pepsico, Inc. | A | Dividend | K | T | | | | | |
| 32.  Phillip Morris International, I | A | Dividend | K | T | | | | | |
| 33.  Southern Company | B | Dividend | K | T | | | | | |
| 34.  Target | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Teva Pharm Inds Ltd Adrf | A | Dividend | K | T | Buy (add'l) | 03/10/14 | J | | |
| 36. Teva Pharm Inds Ltd Adrf | A | Dividend | K | T | Buy (add'l) | 06/02/14 | J | | |
| 37. United Technologies | A | Dividend | K | T | | | | | |
| 38. Vale S.A. ADR | A | Dividend | J | T | Buy (add'l) | 05/07/14 | J | | |
| 39. Vodaphone Group Public Limited | B | Dividend | K | T | Buy (add'l) | 02/05/14 | J | | |
| 40. Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 41. Waste Management, Inc. Del | B | Dividend | K | T | | | | | |
| 42. Avon Products, Inc. NT 6/5% 19 M- | B | Interest | K | T | | | | | |
| 43. BANK OF AMERICA CORP VR 101212 | A | Interest | K | T | | | | | |
| 44. BK Nova Scotia Flt 2033f | B | Interest | K | T | | | | | |
| 45. BUCKEYE PARTNERS LP SR UNSECU | A | Interest | K | T | | | | | |
| 46. CINCINNATI OHIO VARIOUS PURP B | B | Interest | | | Sold | 06/02/14 | K | A | |
| 47. CITIBANK NA CD CLL FX/FLT 33 | A | Interest | J | T | | | | | |
| 48. HEWLETT PACKARD CO SR UNSECURE | B | Interest | K | T | | | | | |
| 49. Hrpt Properties | B | Interest | K | T | | | | | |
| 50. Ingersoll-Rand Global Hldg C N | B | Interest | K | T | | | | | |
| 51. JP MORGAN CHASE BK NA 3/29/19 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LLOYDS TSB BANK PLC RDGE ACCRL | B | Interest | K | T | | | | | |
| 53. Port St. Lucie, FL Lease Rev Bo | A | Interest | | | Sold | 05/05/14 | K | A | |
| 54. Safeway Inc Sr Unsecured M-W C | B | Interest | | | Sold (part) | 08/18/14 | K | A | |
| 55. Safeway Inc Sr Unsecured M-W C | B | Interest | | | Sold | 09/25/14 | J | A | |
| 56. Societe Gen Var 2033f | B | Interest | K | T | | | | | |
| 57. TOYOTA MOTOR CREDIT SR UNSECUR | A | Interest | K | T | | | | | |
| 58. Union Bank Na. CD 10/25/17 0% | A | Interest | K | T | | | | | |
| 59. Union Bank Na. San | A | Interest | K | T | | | | | |
| 60. Weitz Funds Short Interim Incom | A | Dividend | K | T | | | | | |
| 61. Western Union Sr Unsecured M-W | B | Interest | K | T | | | | | |
| 62. WESTERN UNION SR UNSEC | B | Interest | K | T | | | | | |
| 63. SSGA Money Market (Cash) | A | Interest | L | T | | | | | |
| 64. Oakmark Equity & Income Fund | | None | M | T | | | | | |
| 65. Verizon Communications | A | Dividend | J | T | Buy | 02/24/14 | J | | |
| 66. Barclays Bank | A | Interest | K | T | Buy | 09/03/14 | K | | |
| 67. Goldman Sachs Group Inc. Unsec Qtly Flt | A | Interest | K | T | Buy | 09/03/14 | K | | |
| 68. PIMCO Low Duration Fund | A | Dividend | K | T | Buy | 09/03/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 08/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Plains Exploration & Prod Co Senior Note Callable | | None | K | T | Buy | 09/09/14 | K | | |
| 70. Morgan Stanley Mtn Monthly Variable Callable | A | Interest | K | T | Buy | 09/11/14 | K | | |
| 71. Old Republic Int'l Corp Sr G161 Nt 24 | | None | K | T | Buy | 09/23/14 | K | | |
| 72. Federal Home Loan Banks Debent Live Callable | A | Interest | K | T | Buy | 11/21/14 | K | | |
| 73. Hsbc Bank USA Na Cd Index Lnkd | | None | K | T | Buy | 12/30/14 | K | | |
| 74. J P Morgan Chase Bank NA CD 9/9/34 | A | Interest | K | T | Buy | 09/04/14 | K | | |
| 75. J P Morgan Chase Bank Na CD 8/30/19 | A | Interest | K | T | Buy | 11/20/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walker, Susan R. | 08/18/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes: "SDBA Fund" was reported in error last year as a separate asset. The holdings in this fund were (and are) all itemized on the report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan R. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544